```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 00462
   ANDREW LEWIS NAGY
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7862


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/10/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
WACHOVIA MORTGAGE FSB      CURRENT MORTG        .00              .00             .00
PREMIER FEDERAL CREDIT U   MORTGAGE ARRE   NOT FILED             .00             .00
HARLEM FURNITURE           SECURED              .00              .00             .00
MARQUETTE NATIONAL BANK    SECURED VEHIC        .00              .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00             .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED             .00             .00
ALLIED AC & HEATING        UNSECURED       NOT FILED             .00             .00
MEDCO FINANCIAL ASSOC      UNSECURED       NOT FILED             .00             .00
CITIBANK                   UNSECURED       NOT FILED             .00             .00
DISCOVER BANK              UNSECURED       NOT FILED             .00             .00
ENTERPRISE RENT A CAR      UNSECURED       NOT FILED             .00             .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED             .00             .00
HSBC                       UNSECURED       NOT FILED             .00             .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED       NOT FILED             .00             .00
DIABETES                   UNSECURED       NOT FILED             .00             .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED             .00             .00
LVNV FUNDING               UNSECURED       NOT FILED             .00             .00
MAJESTIC DENTAL            UNSECURED       NOT FILED             .00             .00
MEIJER                     UNSECURED       NOT FILED             .00             .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED             .00             .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID

WILLOW OAKS PEDIATRICS     UNSECURED       NOT FILED             .00             .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $     .00
and was paid $       .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE